court chose to invoke the dual jurisdiction of both the criminal and juvenile codes pursuant to Section 211.073 RSMo Cum.Supp.1997, which allows the court to impose both a juvenile disposition and an adult disposition and then suspend execution of the adult sentence. Accordingly, the court ordered that execution of Defendant's sentence be suspended and Defendant was ordered into the custody of the Division of Youth Services.

On appeal, the State argues that the sentence was error because Section 211.073 RSMo. Cum.Supp.1997, which allows the court to suspend execution of adult sentences, cannot override the language of the armed criminal action statute, Section 571.015 RSMo.1994, which states that persons convicted of that offense are not eligible to receive a suspended execution of sentence for three years. The State concedes, however, that it did not specifically raise this issue with the sentencing court, has not preserved the issue for review, and thus requests "plain error" review under Rule 30.20.

We have reviewed the briefs of the parties and the record on appeal and find no plain error. The sentence that Defendant received does not result in either manifest injustice or a miscarriage of justice. An extended opinion would serve no jurisprudential purpose. We affirm the judgment pursuant to Rule 30.25(b).

Dave Hemingway, Asst. Sp. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Barbara K. Chesser, Asst. Atty. Gen., Jefferson City, for respondent.

Before JAMES R. DOWD, P.J., and CRAHAN and RICHARD B. TEITELMAN, JJ.

*ORDER*

PER CURIAM.

Defendant appeals the judgment denying his Rule 24.035 motion to vacate, set aside or correct the judgment or sentence without an evidentiary hearing. We have reviewed the briefs of the parties and the record on appeal and find no error of law. An extended opinion would have no precedential value. The judgment is affirmed pursuant to Rule 84.16(b).

David ROBERTS, Appellant,

v.

STATE of Missouri, Respondent.

No. 73949.

Missouri Court of Appeals,
Eastern District,
Division Two.

Nov. 10, 1998.

Clayton STARK, Appellant,

v.

WATLOW INDUSTRIES, INC., and Liberty Mutual Ins. Co., Insurer, and Treasurer, State of Missouri, as Custodian of Second Injury Fund, Respondents.

No. 73676.

Missouri Court of Appeals,
Eastern District,
Division Two.

Nov. 10, 1998.